```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    Assistant United States Attorney
 3  Telephone: (916) 554-2700
    GERALYN A. GULSETH
 4  Special Assistant United States Attorney
    Telephone: (415) 977-8943
 5  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 6
    Attorneys for Defendant
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. VILLA, | Case No. 2:06-CV-00846-GGH |
| Plaintiff, | STIPULATION TO REDACT PAGES FROM THE CERTIFIED |
| v. | ADMINISTRATIVE TRANSCRIPT; ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Page 246 of the Certified Administrative Transcript is a confidential record pertaining to an individual other than Plaintiff;

2) Said page shall be removed from the Certified Administrative Transcript, and from all copies of the Transcript, and then destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel; the redacted

Redaction Stip. & Order - 06-cv-00846-GGH         1

```
 1 │ Certified Administrative Record shall then be filed in this
 2 │ action.
 3 │     3) The above-mentioned page, mistakenly included in the
 4 │ Transcripts, will not be disclosed to anyone.
 5 │     4) The inadvertent inclusion of the above-mentioned page in
 6 │ the Certified Administrative Transcript will not be a basis for a
 7 │ claimed error.
 8 │
 9 │ DATED: September 26, 2006     By:  /s/ Ann M. Cerney
                                        ANN M. CERNEY
10 │                                     Attorney at Law
11 │                                     Attorney for Plaintiff
12 │
13 │ DATED: September 27, 2006          McGREGOR W. SCOTT
                                        United States Attorney
14 │
15 │                               By:  /s/ Bobbie J. Montoya
                                        BOBBIE J. MONTOYA
16 │                                     Assistant United States Attorney
17 │                                     Attorneys for Defendant
18 │
19 │                                    ORDER
20 │
21 │ APPROVED AND SO ORDERED.
22 │
23 │ DATED: Sept. 29, 2006              GREGORY G. HOLLOWS
                                        GREGORY G. HOLLOWS
24 │                                    United States Magistrate Judge
25 │
26 │
27 │
28 │ Redaction Stip. & Order - 06-cv-00846-GGH    2
```