1   ANN M. CERNEY, SBN: 068748
    Attorney at Law
2   45 Hunter Square Plaza
    Stockton, California 95202
3   Telephone: (209) 948-9384
    Facsimile: (209) 948-0706
4
    Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                      —o0o—

10  ROBERT P. VILLA,                          CASE NO. 2:06-CV-00846-GGH

11              Plaintiff,                        **ORDER EXTENDING
                                            PLAINTIFF'S TIME TO RESPOND TO**
12  vs.                                       **DEFENDANT'S ANSWER**

13  JO ANNE B. BARNHART,
    Commissioner of Social Security,
14
                Defendant.
15  _____/

16          IT IS ORDERED that Plaintiff's time in which to respond to Defendant's Answer is

17  hereby continued to December 29, 2006.

18
19  DATED: _Dec 1, 2006_                    SANDERSON GABRIELLOW.

20                                          GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28
    _____
                                        2
    Stipulation and [Proposed] Order Extending Plaintiff's Time to Respond to Defendant's Answer