1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| ROBERT P. VILLA, | CASE NO. 2:06-CV-00846-GGH |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. _____/ | |

IT IS ORDERED that Plaintiff's time in which to respond to Defendant's Answer is hereby continued to January 5, 2007.

DATED: 1/4/07                 /s/ Gregory G. Hollows
                              _____
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

villa.eot

---

1

Stipulation and [Proposed] Order Extending Plaintiff's Time to Respond to Defendant's Answer