McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
GERALYN A. GULSETH
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8923
    Facsimile: (415) 744-0134
    E-Mail: geralyn.gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBERT VILLA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LINDA S. McMAHON[1], ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 2:06-cv-00846-GGH <br><br> STIPULATION AND ORDER |

The parties hereby stipulate by counsel, subject to the Court's approval as indicated by issuance of the [proposed] Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to cases which await briefing, as well as preparation for an oral argument in the Ninth Circuit currently scheduled for next week. The current due date is February 8, 2007. The new due date will be March 10, 2007.

---

[1] On January 20, 2007, Linda S. McMahon became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 6, 2007          /s/ ann cerney
                                 (As authorized via facsimile)
                                 ANN M. CERNEY

                                 Attorney for Plaintiff

Dated: February 6, 2007          McGREGOR W. SCOTT
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration


                                 /s/ geralyn gulseth
                                 GERALYN GULSETH
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant


## ORDER

APPROVED AND SO ORDERED.

DATED: 2/13/07                   /s/ Gregory G. Hollows
                                 _____
                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

villa.ord